# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

| | |
|---|---|
| **JAMES B CARTER JR** | **CIVIL ACTION NO. 6:20-CV-01108** |
| **VERSUS** | **JUDGE JUNEAU** |
| **C R ENGLAND INC** | **MAGISTRATE JUDGE WHITEHURST** |

## ORDER

**THIS MATTER** was referred to United States Magistrate Judge Carol B. Whitehurst for report and recommendation, Rec. Doc. 55. After an independent review of the record, and noting the absence of any objection, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS ORDERED** that, consistent with the report and recommendation, the Defendant's Motion to Transfer Venue, Rec. Doc. 37, is **GRANTED**, and this case is hereby **TRANSFERRED** to the United States District Court for the District of Utah.

**THUS DONE AND SIGNED** in Lafayette, Louisiana, on this 19th day of February, 2021.

_____
MICHAEL J. JUNEAU
UNITED STATES DISTRICT JUDGE